# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:22-MC-165-RJC-DSC

| | | |
|---|---|---|
| **IN RE: DBMP LLC,** | ) | |
| | ) | **ORDER** |
| | ) | |
| **Debtor.** | ) | |

**THIS MATTER** is before the Court on Matching Claimants' " Motion for Admission *Pro Hac Vice* and Affidavit [for Daniel K. Hogan]" (Doc. 53) filed September 30, 2022. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: September 30, 2022

David S. Cayer
United States Magistrate Judge